UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

        Plaintiff,                    CRIMINAL NO. 04-80388

v.                                   HON. JOHN CORBETT O'MEARA

D-1  TAWANN ALEK HAYES,

        Defendant.
_____/

## PROTECTIVE ORDER
## FOR SENSITIVE SECURITY INFORMATION OF
## THE TRANSPORTATION SECURITY ADMINISTRATION

This matter comes before the Court on the United States' Motion for a Protective Order filed on behalf of the United States Transportation Security Administration ("TSA") on July 28, 2005. After consideration of that motion and for good cause shown, the Court hereby finds that:

Certain information, including policies and procedures of TSA for conducting searches of passenger baggage screening, x-ray images of passenger and checked baggage, and the handling of screened luggage by TSA screener personnel at TSA checkpoints, may be relevant to the issue of sentencing enhancements pursuant to USSG §3B1.3 in this case;

The Transportation Security Administration has a compelling interest, as well as a statutory duty, in the security of transportation to seek non-disclosure or protective orders in connection with Sensitive Security Information, hereinafter "SSI";

Each item alleged to contain SSI has been reviewed by the Court *in camera* and the Court concurs with the Transportation Security Administration that each item contains SSI;

Any other similar information made known to the Court throughout this case will be similarly reviewed, and, if it contains SSI, similarly protected; accordingly,

IT IS ORDERED that if the evidence is relevant and necessary to the decisional process, the following procedures will be followed:

(1) the information will be disclosed *in camera* and under seal, in the presence only of the Court, necessary court staff, the defendant and the attorneys*;* (2) the transcript will be sealed to the extent it reveals or discusses SSI; (3) any physical exhibits including SSI will be sealed and returned to TSA after the conclusion of the case; and (4) everyone to whom this limited disclosure is made shall not make further disclosure of the information in any manner.

**IT IS SO ORDERED.**


s/John Corbett O'Meara
John Corbett O'Meara
United States District Judge


Dated:  August 2, 2005